IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICK MARQUEZ and IRAIDA GARRIGA, formerly known as IRAIDA ORTIZ, and DORIS RUSSELL on behalf of plaintiffs and a class,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WEINSTEIN, PINSON & RILEY, P.S.; EVAN L. MOSCOV, and NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendants. | Judge John J. Tharp Jr.<br><br>Case No.: 14-cv-00739<br><br>Magistrate Judge Mason |

**DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Now comes Defendant, NCO Financial Systems, Inc. ("NCO"), by and through the undersigned counsel, and hereby respectfully moves this Court to dismiss Plaintiffs' amended complaint in its entirety, pursuant to Fed.R.Civ.P. Rule 12(b)(6), for failure to state a claim upon which relief may be granted, as more fully set forth in NCO's memorandum in support, incorporated herein by reference.

Respectfully Submitted,

*/s/ Michael D. Slodov*
Michael D. Slodov (Ohio SCR #0051678)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
15 E. Summit Street
Chagrin Falls, OH 44022-2709
(440) 318-1073
(fax) (216) 359-0049
(email) mslodov@sessions-law.biz

Shannon M. Geier
James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
120 South LaSalle Street, Ste. 1960
Chicago, IL 60603
(312) 578-0990
(fax) (312) 578-0991
(email) sgeier@sessions-law.biz
(email) jschultz@sessions-law.biz

Attorneys for Defendant,
NCO Financial Systems, Inc.

**PROOF OF SERVICE**

I hereby certify that on August 28, 2015 a copy of the foregoing was filed electronically with the Clerk of Court using the CMF/ECF system, which will send notification of such filing to the following:

Daniel A. Edelman
Cathleen M. Combs
James O. Lattumer
Tiffany N. Hardy
Edelman, Combs, Latturner & Goodwin, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
courtecl@edcombs.com
ccombs@edcombs.com
jlatturner@edcombs.com
thardy@edcombs.com

David M Schultz
Justin M Penn
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
jpenn@hinshawlaw.com
dschultz@hinshawlaw.com

　　　　　　　　　　　　　　　　　　　*/s/ Michael D. Slodov*
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　NCO Financial Systems, Inc.