**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ERICK MARQUEZ, IRAIDA GARRIGA ) <br> formerly known as IRAIDA ORTIZ, and ) <br> DORIS RUSSELL, ) <br> on behalf of plaintiffs and a class, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> WEINSTEIN, PINSON & RILEY, P.S.; ) <br> EVAN L. MOSCOV, and ) <br> NCO FINANCIAL SYSTEMS, INC., ) <br> ) <br> Defendants. ) | 14-cv-739 <br><br> Judge Tharp <br> Magistrate Judge Mason |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Erick Marquez, Iraida Garriga, and Doris Russell, on behalf of themselves and a class, hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's Order granting defendants' motion to dismiss plaintiff's second amended complaint in its entirety, entered in this action on October 8, 2015 (Exhibit A), and the resulting judgment of October 8, 2015, (Exhibit B) and all prior orders affecting it including the dismissal of the prior complaint.

Respectfully submitted,

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on October 9, 2015, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and notification of such filing was sent to the following parties:

Tiffany N. Hardy
thardy@edcombs.com

Cathleen M. Combs
ccombs@edcombs.com

James O. Latturner
jlatturner@edcombs.com

Justin M. Penn
jpenn@hinshawlaw.com

David M. Schultz
dschultz@hinshawlaw.com

Michael D. Slodov
mslodov@sessions-law.biz

James Kevin Schultz
jschultz@sessions-law.biz

Shannon M. Geier
sgeier@sessions-law.biz

                                                  s/ Daniel A. Edelman
                                                  Daniel A. Edelman