# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

September 7, 2016

Before:

DIANE P. WOOD, Chief Judge

RICHARD A. POSNER, Circuit Judge

ILANA DIAMOND ROVNER, Circuit Judge

| No. 15-3273 | ERICK MARQUEZ, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>WEINSTEIN, PINSON & RILEY, P.S., et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cv-00739<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp, Jr. ||

The decision of the District Court is REVERSED, with costs, and the case is REMANDED for further proceedings consistent with the opinion.

The above is in accordance with the decision of this court entered on this date.

CERTIFIED COPY



A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit