# EXHIBIT 5



## CORPORATION FILE DETAIL REPORT

| File Number | 51770552 | | |
|---|---|---|---|
| Entity Name | TRANSWORLD SYSTEMS, INC. | | |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 06/11/1979 | State | CALIFORNIA |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 00/00/0000 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | JOSEPH E LAUGHLIN 507 PRUDENTIAL RD HORSHAM PA 19044 |
| Agent City | CHICAGO | Secretary Name & Address | EVA M KALAWSKI 360 N CRESCENT DR S BLDG BEVERLY HILLS CA 902 |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 05/20/2016 | For Year | 2016 |
| Assumed Name | INACTIVE - CREDIT MANAGEMENT SERVICES<br>INACTIVE - NORTH SHORE AGENCY<br>ACTIVE - TOTAL DEBT MANAGEMENT | | |