IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICK MARQUEZ, IRAIDA GARRIGA formerly known as IRAIDA ORTIZ, and DORIS RUSSELL, on behalf of plaintiffs and a class, <br><br> Plaintiffs, <br><br> vs. <br><br> WEINSTEIN, PINSON & RILEY, P.S.; EVAN L. MOSCOV, and EGS Financial Care, Inc.(fka NCO FINANCIAL SYSTEMS, INC.,), <br><br> Defendants. | 14-cv-739 <br><br> Judge Tharp <br> Magistrate Judge Mason |

## DECLARATION OF DORIS RUSSELL

I, Doris Russell, certify under penalty of perjury as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am over eighteen years old and have personal knowledge of the following facts.

2. I am a natural person who resides in Chicago, Illinois.

3. The debt that was the subject of the lawsuit captioned *National Collegiate Student Loan Trust 2007-4 v. Doris Russell*, 2013 M1 171685 (Cir. Ct. of Cook County) was a student loan debt which I had obtained to finance my college education. The loan was not obtained for any commercial purpose.

Date: 02/08/2018

_____
Doris Russell